IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McGee, Sandra

Printed: 10/29/08

Case Number: 07 B 15152
Judge: Hollis, Pamela S
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,753.67 |  |
| Secured: |  | 1,953.27 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,589.29 |
| Trustee Fee: |  | 211.11 |
| Other Funds: |  | 0.00 |
| Totals: | 3,753.67 | 3,753.67 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,483.00 | 1,589.29 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 11,732.88 | 1,953.27 |
| 4. | Citi Residential Lending Inc | Secured | 4,374.44 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 470.05 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 431.42 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 445.08 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 6,276.22 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 421.61 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 500.53 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 3,017.42 | 0.00 |
| 12. | Citibank | Unsecured |  | No Claim Filed |
| 13. | Allied Interstate | Unsecured |  | No Claim Filed |
| 14. | Fashion Bug | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 18. | Collection Bureau Orlando | Unsecured |  | No Claim Filed |
| 19. | Focus Receivables Management LLC | Unsecured |  | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 21. | Premier Credit | Unsecured |  | No Claim Filed |
| 22. | West Asset Management | Unsecured |  | No Claim Filed |
| 23. | Wfnnb/The Avenue | Unsecured |  | No Claim Filed |
| 24. | Nicor Gas | Unsecured |  | No Claim Filed |
| 25. | Ford Motor Credit Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,152.65 | $ 3,542.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McGee, Sandra

Printed: 10/29/08

Case Number:  07 B 15152
Judge:  Hollis, Pamela S
Filed:  8/21/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 163.53 |
| 6.5% | 19.50 |
| 6.6% | 28.08 |
|  | $ 211.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

